**PENNSYLVANIA BOARD OF PROBATION & PAROLE, et al., Appellee.**

Supreme Court of Pennsylvania.

Dec. 17, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.

838 A.2d 650

**Jeffrey GUINYARD, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE; Pennsylvania Attorney General, et al., Appellees.**

Supreme Court of Pennsylvania.

Dec. 17, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2003, probable jurisdiction is noted and the order appealed is affirmed.